## 754    SUPREME COURT OF GEORGIA.

Smiley *vs.* The State—The Georgia Land and Lumber Co. *vs.* Humphries, etc.

### SMILEY *vs.* THE STATE OF GEORGIA.

Where the proof was that an owner kept his hogs at his home in Miller county, and turned them out into the open country, calling them up at night, that suddenly they were missing therefrom, and that about the same time defendant, who lived near by, though in an adjoining county, sold them some distance away, and there was no proof that the hogs ever " used " or ever were over the line, a verdict of guilty of larceny, found in the county of the owner's residence, will not be set aside for want of sufficient proof of venue.

CRAWFORD, Justice.

---

### THE GEORGIA LAND AND LUMBER COMPANY *vs.* HUMPHRIES.

1. Grounds of a motion for a new trial not certified to be true—other than the formal ground that the verdict is contrary to law and the evidence—will not be considered.
2. The verdict in this case is not supported by the evidence.

JACKSON, Chief Justice.

---

### BARNES *et al. vs.* HARTWELL, by next friend.

The harsh remedy of injunction should not be resorted to unless for some reason the ordinary course of legal proceedings would not give full and complete relief.

(*a*). Under the facts of the present case, we do not see that an injunction was necessary.

SPEER, Justice.

---

### DOBBS *vs.* THE STATE OF GEORGIA.

1. Newly discovered testimony, the object of which is solely to impeach a witness examined on the trial, is not of itself a good ground for new trial.
2. The verdict is supported by the evidence.

JACKSON, Chief Justice.